# The Washington Post

Return to IDX
P.O. Box 989728
West Sacramento, CA 95798-9728



16_003637

Jun Hee Kim

███████████████████

November 12, 2025

**Subject: Notice of Data Security Incident**

Dear Jun Hee Kim:

We are writing to inform you of a data security incident the Washington Post ("the Post") recently experienced that resulted from an unknown vulnerability in certain software we utilize from our vendor, Oracle. Please read this letter carefully, as this incident may have impacted some of your information. This letter is to notify you of the incident and inform you about steps you can take to help protect your personal information.

**What Happened.** On October 27, 2025, the Post learned that some of your personal information was potentially affected by a data security incident involving a previously unknown vulnerability affecting certain software from Oracle. The Post was recently contacted by a bad actor who claimed to have gained access to our Oracle E-Business Suite applications. In response, we launched a thorough investigation of our Oracle application environment with the assistance of forensic experts to determine if the environment had been accessed without authorization. During our investigation, we learned that Oracle had identified a previously unknown and widespread vulnerability in its E-Business Suite software that permitted unauthorized actors to access many Oracle customers' E-Business Suite applications. Our investigation confirmed that we were impacted by this exploit, and we discovered that, between July 10, 2025, and August 22, 2025, certain data was accessed and acquired without authorization. We then conducted a prompt review of the impacted data in order to determine what information was potentially affected and identify contact information for affected individuals. Please note that this Oracle vulnerability was unknown prior to this incident, has impacted many Oracle customers, and is not specific to the Post.

**What Information Was Involved.** The data that may have been acquired without authorization included your name, employee ID number, and bank account number and routing number. The bank account number impacted by this incident ends with these four digits: ████

**What We Are Doing.** As noted above, we conducted a thorough investigation with the help of forensic experts, and promptly secured our systems and Oracle application environment, including by applying patches as soon as Oracle made them available. Out of an abundance of caution, we are also providing you with information about steps that you can take to help protect your personal information.



### Additional Steps You Can Take to Help Protect Your Personal Information

**Review Your Account Statements and Notify Law Enforcement of Suspicious Activity:** As a precautionary measure, we recommend that you remain vigilant by reviewing your account statements and credit reports closely. If you detect any suspicious activity on an account, you should promptly notify the financial institution or company with which the account is maintained. You also should promptly report any fraudulent activity or any suspected incidence of identity theft to proper law enforcement authorities, your state attorney general, and/or the Federal Trade Commission (the "FTC").

**Copy of Credit Report:** You may obtain a free copy of your credit report from each of the three major credit reporting agencies once every 12 months by visiting www.annualcreditreport.com/, calling toll-free 1-877-322-8228, or by completing an Annual Credit Report Request Form and mailing it to Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA 30348. You also can contact one of the following three national credit reporting agencies:

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| P.O. Box 105851 | P.O. Box 9532 | P.O. Box 2000 |
| Atlanta, GA 30348 | Allen, TX 75013 | Chester, PA 19016 |
| 1-800-525-6285 | 1-888-397-3742 | 1-833-799-5355 |
| www.equifax.com | www.experian.com | www.transunion.com/get-credit-report |

**Fraud Alert:** You may want to consider placing a fraud alert on your credit report. An initial fraud alert is free and will stay on your credit file for at least one year. The alert informs creditors of possible fraudulent activity within your report and requests that the creditor contact you prior to establishing any accounts in your name. To place a fraud alert on your credit report, contact any of the three credit reporting agencies identified above. Additional information is available at www.annualcreditreport.com. For TransUnion: www.transunion.com/fraud-alerts.

**Security Freeze:** You have the right to put a security freeze on your credit file for up to one year at no cost. This will prevent new credit from being opened in your name without the use of a PIN number that is issued to you when you initiate the freeze. A security freeze is designed to prevent potential creditors from accessing your credit report without your consent. As a result, using a security freeze may interfere with or delay your ability to obtain credit. You must separately place a security freeze on your credit file with each credit reporting agency. In order to place a security freeze, you may be required to provide the consumer reporting agency with information that identifies you including your full name, Social Security number, date of birth, current and previous addresses, a copy of your state-issued identification card, and a recent utility bill, bank statement or insurance statement. For TransUnion: www.transunion.com/credit-freeze.

**Additional Free Resources:** You can obtain information from the consumer reporting agencies, the FTC, or from your respective state Attorney General about fraud alerts, security freezes, and steps you can take toward preventing identity theft. You may report suspected identity theft to local law enforcement, including to the FTC or to the Attorney General in your state.

| **Federal Trade Commission** | **Maryland Attorney General** | **Oregon Attorney General** |
|---|---|---|
| 600 Pennsylvania Ave NW | 200 St. Paul Place | 1162 Court St. NE |
| Washington, DC 20580 | Baltimore, MD 21202 | Salem, OR 97301 |
| consumer.ftc.gov | www.marylandattorneygeneral.gov | www.doj.state.or.us/consumer |
| 877-438-4338 | /Pages/ CPD | -protection |
| | 888-743-0023 | 877-877-9392 |
| | | |
| **California Attorney General** | **New York Attorney General** | **Rhode Island Attorney General** |
| 1300 I Street | The Capitol | 150 South Main Street |
| Sacramento, CA 95814 | Albany, NY 12224 | Providence, RI 02903 |
| www.oag.ca.gov/privacy | ag.ny.gov | www.riag.ri.gov |
| 800-952-5225 | 800-771-7755 | 401-274-4400 |